IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Richard Ruehlman,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>E. G. Meiners Enterprises, Inc., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-903<br><br><br><br>Judge Douglas R. Cole<br><br>Magistrate Judge Karen L. Litkovitz |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Richard Ruehlman and Opt-in Plaintiff Noah Anderson hereby dismiss all claims against Defendants in the above-captioned action without prejudice. Plaintiffs have neither settled nor otherwise resolved their claims against Defendants.

The parties hereby stipulate and agree that all claims against Defendants in the above-captioned matter shall be dismissed without prejudice.

Respectfully submitted,

/s/ *Philip Krzeski*
Andrew R. Biller (Ohio Bar # 0081452)
BILLER & KIMBLE, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: (614) 604-8759
Facsimile: (614) 340-4620
*abiller@billerkimble.com*

/s/ *Alex S. Rodger*
Alex S. Rodger (0089525)
Charles C. Ashdown (0037269)
STRAUSS TROY CO., LPA
150 E. Fourth St., 4th Floor
Cincinnati, Ohio 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426

Andrew P. Kimble (Ohio Bar # 0093172)
Philip J. Krzeski (Ohio Bar # 0095713)
Nathan B. Spencer (Ohio Bar #92262)
BILLER & KIMBLE, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 715-8712
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*pkrzeski@billerkimble.com*
*nspencer@billerkimble.com*

www.billerkimble.com

*Counsel for Plaintiff and the putative class*

Email: asrodger@strausstroy.com
Email: ccashdown@strausstroy.com

*Counsel for Defendants, E.G. Meiners Enterprises, Inc. and Edward Meiners, III*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Defendants on April 22, 2021, through the Court's ECF system.

> */s/ Philip Krzeski*
> Philip Krzeski